IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY WILLIAMS
        Plaintiff,

vs.                                  3:09cv81/MCR/MD

MONICA DAVID, et al.
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion for voluntarily dismissal of complaint. (Doc. 6). Plaintiff seeks to dismiss his case without prejudice after a positive response from his attempts to obtain legal representation.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to voluntarily dismiss (doc. 6) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 10th day of March, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).