IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY WILLIAMS,
    Plaintiff,

vs.                              CASE NO.:  3:09cv81/MCR/MD

MONICA DAVID, et al.,
    Defendants.
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 10, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's motion to voluntarily dismiss (doc. 6) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 8th day of April, 2009.

                                          s/ *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE